Brendan Melander, SBN 034777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4288
Telephone:    (480) 824-7938
Facsimile:    (480) 824-7905
Brendan.Melander@huschblackwell.com
*Attorney for Defendant Phoenix Education Partners, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-03400-DJH |
| Plaintiff, | **JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR RESPONDING TO CLASS ACTION COMPLAINT** |
| v. | |
| Phoenix Education Partners Inc. d/b/a University of Phoenix, | **(First Request)** |
| Defendant. | (Assigned to the Hon. Diane J. Humetewa) |

Defendant Phoenix Education Partners Inc. d/b/a University of Phoenix ("PEP") and Plaintiff Asher Bronstin ("Plaintiff"), pursuant to LRCiv 7.3, respectfully request the Court to extend PEP's deadline for responding to Plaintiff's Class Action Complaint [Doc. 1] by thirty days, until July 16, 2026. The parties agree this extension is necessary given counsels' other commitments and is made in good faith and not for the purposes of delay. Therefore, PEP and Plaintiff jointly request that the Court extend PEP's deadline for responding to Plaintiff's Class Action Complaint until July 16, 2026.

Dated: June 9, 2026                    HUSCH BLACKWELL LLP


By:      */s/ Brendan Melander*
        Brendan Melander
        *Attorney for Defendant Phoenix Education
        Partners, Inc.*

Dated: June 9, 2026                    Perrong Law LLC


By:      */s/ Andrew Perrong (With permission)*
        Andrew Perrong
        *Attorney for Plaintiff Asher Bronstin*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2026, I electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of such filing to:

Andrew Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
*Attorney for Plaintiff Asher Bronstin*

*/s/ Claudina Mazon*
Claudina Mazon

3