**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>               Plaintiff,<br><br>       v.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix,<br><br>               Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br>               **(First Request)**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

        Pursuant to Defendant Phoenix Education Partners Inc. d/b/a University of Phoenix and Plaintiff Asher Bronstin's Joint Motion and Stipulation to Extend Deadline for Responding to Class Action Complaint and good cause appearing;

        **IT IS HEREBY ORDERED** that Defendant Phoenix Education Partners Inc. d/b/a University of Phoenix shall have until July 16, 2026, to respond to Plaintiff Asher Bronstin's Class Action Complaint.


Dated: _____

                                   _____
                                   Honorable Diane J. Humetewa

HB: 4909-5897-7714.2