Brendan Melander, SBN 034777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4288
Telephone:    (480) 824-7938
Facsimile:     (480) 824-7905
Brendan.Melander@huschblackwell.com
*Attorney for Defendant Phoenix Education Partners, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Phoenix Education Partners Inc. d/b/a University of Phoenix, <br><br> Defendant. | Case No. 2:26-cv-03400-DJH <br><br> **JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR RESPONDING TO CLASS ACTION COMPLAINT** <br><br> **(Second Request)** <br><br> (Assigned to the Hon. Diane J. Humetewa) |

Defendant Phoenix Education Partners, Inc.[1] ("UOPX" or "Defendant") and Plaintiff Asher Bronstin ("Plaintiff"), pursuant to LRCiv 7.3, respectfully request the Court to extend UOPX's deadline for responding to Plaintiff's Class Action Complaint [Doc. 1] by thirty days, until August 17, 2026. The parties agree that this extension is necessary because the parties have engaged in initial discussions and exchange of information and need more time to explore potential for resolution. This request for extension is made in good faith and not for the purposes of delay. Therefore, UOPX and Plaintiff jointly request that the Court extend UOPX's deadline for responding to Plaintiff's Class Action Complaint until August

---

[1] University of Phoenix is not a d/b/a for Phoenix Education Partners, Inc. Additionally, Phoenix Education Partners, Inc. ("PEP") is not a proper defendant in this case and by filing this Joint Motion and Stipulation PEP does not concede or waive any defenses including, but not limited to, the fact that it is not the proper party.

17, 2026.

Dated: July 15, 2026                    HUSCH BLACKWELL LLP


By:        */s/ Brendan Melander*
           Brendan Melander
           *Attorney for Defendant Phoenix Education*
           *Partners, Inc.*

Dated: July 15, 2026                    Perrong Law LLC


By:        */s/ Andrew Perrong (With permission)*
           Andrew Perrong
           *Attorney for Plaintiff Asher Bronstin*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2026, I electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of such filing to:

Andrew Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
*Attorney for Plaintiff Asher Bronstin*

*/s/ Claudina Mazon*
Claudina Mazon

3