**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix,<br><br>        Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br><br>**(Second Request)**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

Pursuant to Defendant Phoenix Education Partners Inc. and Plaintiff Asher Bronstin's Joint Motion and Stipulation to Extend Deadline for Responding to Class Action Complaint and good cause appearing;

**IT IS HEREBY ORDERED** that Defendant Phoenix Education Partners Inc. shall have until August 17, 2026, to respond to Plaintiff Asher Bronstin's Class Action Complaint.