Matthew Knepper, *admitted pro hac vice*
Sarah Zimmerman, *admitted pro hac vice*
Brendan Melander, SBN 034777
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Matt.Knepper@huschblackwell.com

*Attorneys for Defendant Phoenix Education Partners, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix,<br><br>Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**ARTIFICIAL INTELLIGENCE (“AI”) DISCLOSURE**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Pursuant to Judge Humetewa’s Preliminary Order in Civil Cases, counsel for Defendant Phoenix Education Partners, Inc. (“UOPX”)[1] certify that they used WestLaw AI and Legora in the preparation of Defendant’s Motion to Dismiss Plaintiff’s Complaint (the “Motion”). Counsel for UOPX further certify that all representations and citations in the Motion have been verified for accuracy.

[1] University of Phoenix is not a d/b/a for Phoenix Education Partners, Inc. Additionally, Phoenix Education Partners, Inc. (“PEP”) is not a proper defendant in this case and by filing this disclosure PEP does not concede or waive any defenses including, but not limited to, the fact that it is not the proper party.

DATED this 17th of August, 2026.

*/s/ Matthew D. Knepper*
Matthew Knepper (pro hac vice)
Sarah Zimmerman (pro hac vice)
Brendan Melander
*Attorneys for Defendant Phoenix Education Partners, Inc.*