Matthew Knepper, *admitted pro hac vice*
Sarah Zimmerman, *admitted pro hac vice*
Brendan Melander, SBN 034777
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Matt.Knepper@huschblackwell.com

*Attorneys for Defendant Phoenix Education Partners, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix,<br><br>Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**LOCAL RULE OF CIVIL PROCEDURE 12.1(C) CERTIFICATION**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Pursuant to L.R. Civ. 12.1(c) and Judge Humetewa's Preliminary Order in Civil Cases, Matthew Knepper and Sarah Zimmerman, counsel for Defendant Phoenix Education Partners, Inc. ("UOPX"),[1] certify that they met and conferred with counsel for Plaintiff by telephone on July 13 and July 27, 2026 regarding UOPX's intention to file a motion to dismiss the Complaint. Counsel notified counsel for Plaintiff of the legal arguments asserted in the Motion. The parties were unable to resolve the issues.

[1] University of Phoenix is not a d/b/a for Phoenix Education Partners, Inc. Additionally, Phoenix Education Partners, Inc. ("PEP") is not a proper defendant in this case and by filing this certificate PEP does not concede or waive any defenses including, but not limited to, the fact that it is not the proper party.

Dated: August 17, 2026

HUSCH BLACKWELL LLP

By: */s/ Matthew D. Knepper*

Matthew Knepper (pro hac vice)
Sarah Zimmerman (pro hac vice)
Brendan Melander
*Attorneys for Defendant Phoenix Education Partners, Inc.*