Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix<br><br>Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**ARTIFICIAL INTELLIGENCE ("AI") DISCLOSURE** |

Pursuant to Judge Humetewa's Preliminary Order in Civil Cases, counsel for Plaintiff Asher Bronstin certifies that they used WestLaw AI, ChatGPT, and Claude, in the preparation of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint (the "Opposition"). Counsel for Plaintiff further certifies that all representations and citations in the Opposition have been verified for accuracy.

**Dated: August 31, 2026**

*/s/ Andrew Perrong*
Andrew Perrong (PHV)
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529

**Certificate of Service**

I, hereby certify that on August 31, 2026, I served the foregoing by filing a copy via CM/ECF.

*/s/ Andrew Perrong*
Andrew Perrong (PHV)
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529