**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Phoenix Education Partners Inc.<br>d/b/a<br>University of Phoenix<br><br>Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**[PROPOED ORDER DENYING] THE DEFENDANT'S MOTION TO DISMISS** |

AND NOW, this _____ day of ___________, 2026, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

______________________________ J.