Matthew Knepper, *admitted pro hac vice*
Sarah Zimmerman, *admitted pro hac vice*
Brendan Melander, SBN 034777
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Matt.Knepper@huschblackwell.com

*Attorneys for Defendant Phoenix Education Partners, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Phoenix Education Partners Inc. d/b/a University of Phoenix,<br><br>Defendant. | Case No. 2:26-cv-03400-DJH<br><br>**ARTIFICIAL INTELLIGENCE ("AI") DISCLOSURE**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Pursuant to Judge Humetewa's Preliminary Order in Civil Cases, counsel for Defendant Phoenix Education Partners, Inc. ("UOPX")[1] certify that they used WestLaw AI and Legora in the preparation of Defendant's Reply in Support of Its Motion to Dismiss Plaintiff's Complaint (the "Reply"). Counsel for UOPX further certify that all representations and citations in the Reply have been verified for accuracy.

---

[1] University of Phoenix is not a d/b/a for Phoenix Education Partners, Inc. Additionally, Phoenix Education Partners, Inc. ("PEP") is not a proper defendant in this case and by filing this disclosure PEP does not concede or waive any defenses including, but not limited to, the fact that it is not the proper party.

DATED this 8th of September, 2026.

*/s/ Matthew Knepper*
Matthew Knepper (pro hac vice)
Sarah Zimmerman (pro hac vice)
Brendan Melander
*Attorneys for Defendant Phoenix Education Partners, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2026, I electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of such filing to:

Andrew Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
*Attorney for Plaintiff Asher Bronstin*

*/s/ Claudina Mazon*
Claudina Mazon